Case 3:10-cv-20386-DRH-PMF  Document 13  Filed 08/12/10  Page 1 of 2  Page ID #66

A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Aug 12, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-30)

FILED
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 505 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 12, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By Sara A. Jennings
Deputy Clerk
Date 08/16/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2100

### SCHEDULE CTO-30 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC 2 10-4527 | Monique Reyes, et al. v. Bayer Corp., et al. | 10-20381-DRH-PMF |
| CAC 2 10-4723 | Ryan Bleecher, et al. v. Bayer Corp., et al. | 10-20382-DRH-PMF |
| ~~CAC 2 10-4946~~ | ~~Ashten Luayne Wolfe, et al. v. Bayer Corp., et al.~~ | |
| | Opposed 8/12/10 | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 10-2860 | Monica Layne v. McKesson Corp., et al. | 10-20383-DRH-PMF |
| CAN 3 10-2861 | Natasha Thompson v. McKesson Corp., et al. | 10-20384-DRH-PMF |
| CAN 3 10-2901 | Melissa Hicks-Niell v. McKesson Corp., et al. | 10-20385-DRH-PMF |
| CAN 4 10-2575 | Nyki Brown v. McKesson Corp., et al. | 10-20386-DRH-PMF |
| **ILLINOIS NORTHERN** | | |
| ILN 1 10-4329 | Katherine Sowinski v. Bayer Healthcare, LLC, et al. | 10-20387-DRH-PMF |
| **NEBRASKA** | | |
| NE 8 10-221 | Kristine M. Collette v. Bayer Corp., et al. | 10-20388-DRH-PMF |
| **TENNESSEE EASTERN** | | |
| TNE 1 10-187 | Jennifer Dzik, et al. v. Bayer Corp., et al. | 10-20389-DRH-PMF |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 3 10-880 | Megan M. Stewart v. Bayer Corp., et al. | 10-20390-DRH-PMF |